574

for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Paysoff Tinkoff, pro se.*

No. 1020. CLARK *v.* CALIFORNIA. May 23, 1938. Petition for writ of certiorari to the District Court of Appeal, 3rd Appellate District, of California, and motion for leave to proceed further *in forma pauperis*, denied. *Frank Clark, pro se.*

No. 1031. DOLL *v.* JOHNSTON, WARDEN. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further in *forma pauperis*, denied. *Edward Doll, pro se.*

No. 946. HINES, ADMINISTRATOR OF VETERANS' AFFAIRS *v.* COPSEY, GUARDIAN. May 23, 1938. Petition for writ of certiorari to the Supreme Court of California denied for the want of a final judgment. *Messrs. James T. Brady, Edward E. Odom, Y. D. Mathes,* and *James B. Burns* for petitioner. *Mr. Allan C. Rowe* for respondent.

No. 973. HOLYOKE WATER POWER Co. *v.* AMERICAN WRITING PAPER Co. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. Bentley W. Warren, Samuel Williston, Nathan P. Avery, James M. Healy,* and *Donald C. Starr* for petitioner. *Messrs. Claude R. Branch, Charles P. Curtis, Jr.,* and *Rus-*

*sell L. Davenport* for respondent.

No. 979. GLOBE INDEMNITY CO. *v.* UNITED STATES. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. F. Morse Hubbard* and *Barham R. Gary* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *James E. Murphy* for the United States.

No. 990. E. I. DuPONT DE NEMOURS & CO. *v.* WAXED PRODUCTS CO. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. J. Harry Covington* and *Harry D. Nims* for petitioner. *Messrs. Thomas D. Thacher, Ellis W. Leavenworth,* and *L. A. Janney* for respondent.

No. 1009. NORTHERN PACIFIC RY. CO. *v.* TWOHY BROTHERS CO. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE BUTLER took no part in the consideration or decision of this application. *Mr. Charles A. Hart* for petitioner. *Messrs. De Lancey C. Smith* and *W. Lair Thompson* for respondent.

No. 907. CARLISLE LUMBER CO. *v.* NATIONAL LABOR RELATIONS BOARD. May 23, 1938. Petition for writ of cer-